AUSTIN HERZELL, Appellant, *v.* ALFRED T. SMITH, Respondent.

(Submitted April 17, 1933; decided April 18, 1933.)

*George A. Timone* for motion.
*George I. Swetlow* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant on or before April 20, 1933, perfects appeal by filing bond, in which event motion is denied.